UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BEVERLY DAWKINS

    Plaintiff,

V.                                          CIVIL ACTION NO
                                                8:15-cv-03369-GJH

TRANSWORLD SYSTEMS INC.

    Defendant.                    May 2, 2016

## JOINT NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy and Defendant through its attorney Jonathan Edward Claiborne stipulate that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                                                       THE PLAINTIFF

                                                                       BY/S/Bernard T. Kennedy
                                                                       Bernard T. Kennedy, Esquire
                                                                       The Kennedy Law Firm
                                                                       P.O. Box 673
                                                                       Blairsville, GA 30514
                                                                       Ph  (443) 607-8901
                                                                       Fax (443) 440-6372
                                                                       Fed. Bar # Md26843
                                                                       bernardtkennedy@yahoo.com

THE DEFENDANT

BY/S/Jonathan E. Claiborne
Jonathan Edward Claiborne
Whiteford Taylor and Preston LLP
Seven Saint Paul St Ste 1300
Baltimore, MD 21202
14103478700
Fax: 14102234309
jclaiborne@wtplaw.com

*CERTIFICATION*

I hereby certify that on 5/2/16 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy